### WILLIAMS *v.* THE STATE.

HILL, J. There were no errors of law committed on the trial of this case. The evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

MAY 12, 1915.

Indictment for murder. Before Judge Daniel. Spalding superior court. March 12, 1915.

*W. H. Connor,* for plaintiff in error. *Warren Grice, attorney-general, E. M. Owen, solicitor-general,* and *A. L. Henson,* contra.